UNITED STATES OF AMERICA
DEPARTMENT OF JUSTICE

SUBPOENA DUCES TECUM

**TO:** Custodian of Records
Missouri Baptist Medical Center
3015 N. Ballas Road
St. Louis, MO 63131

YOU ARE HEREBY COMMANDED TO APPEAR BEFORE Dorothy L. McMurtry, Assistant United States Attorney, an official of the U.S. Department of Justice, and you are hereby required to bring with you and produce the following:

See Attachment

which are necessary in the performance of the responsibility of the U.S. Department of Justice to investigate federal health care offenses, defined in 18 U.S.C. § 24(a) to mean violation of, or conspiracies to violate: 18 U.S.C. §§ 669, 1035, 1347, or 1518; and 18 U.S.C. §§ 287, 371, 666, 1001, 1027, 1341, 1343, or 1954 if the violation or conspiracy relates to a health care benefit program (defined in 18 U.S.C. § 24(b)).

**PLACE AND TIME FOR APPEARANCE:**
At the U.S. Attorney's Office, Thomas F. Eagleton U.S. Courthouse, 111 South 10th Street, Room 20.333, St. Louis, Missouri 63102 on the 8th day of October, 2021, at 10:00 o'clock A.M.

Failure to comply with the requirements of this subpoena will render you liable to proceedings in the district court of the United States to enforce obedience to the requirements of this subpoena, and to punish default or disobedience. **The subpoenaed documents may be turned over to the agent serving process in lieu of appearing.**

Issued under authority of Sec. 248 of the Health Insurance
Portability & Accountability Act of 1996, Public Law No. 104-91
(18 U.S.C. § 3486)

IN TESTIMONY WHEREOF



Dorothy L. McMurtry
The undersigned official of the U.S. DEPARTMENT OF JUSTICE, has hereunto set his/her hand this 20th day of September, 2021.

/s/ Dorothy L. McMurtry
(SIGNATURE)
Phone: (314) 539-2200

USAO # 2020R00262

Form CRM-180
Mar. 97

EXHIBIT A1

## RETURN OF SERVICE

I, being a person over 18 years of age, hereby certify that a copy of this subpoena was duly served on the person named herein by means of --

1. Personal delivery to an individual, to wit:

   _____
   (Name)

   _____
   (Title)

   _____
   (Address)

2. Personal delivery to an address, to wit:

   _____
   (Description of premises)

   _____
   (Address)

3. Registered or certified mailing to:

   _____
   (Name)

   _____
   (Address)

at _____ ( ) a.m.     ( ) p.m. on _____

_____
(Signature)

_____
(Title)

**ATTACHMENT A**

Custodian of Records
Missouri Baptist Medical Center
3015 N. Ballas Road
St. Louis, MO 63131

<u>Instructions</u>

A. Where a claim of privilege is asserted in response to any document requested by this subpoena, and such document, or any part thereof, is not produced on the basis of such claim, for each document or part thereof that is not produced, please provide a privilege log wherein you refer to the specific paragraph of this subpoena to which the document is responsive and identify the type of document being withheld (e.g., letter, memorandum, handwritten notes, marginalia, etc.), a description of its contents, its author(s), all actual and intended recipients of the document, its date, and the specific privilege being asserted, all with sufficient particularity so as to allow the Government, and potentially the Court, to assess the validity of the claim of privilege.

B. All documents provided in response to this subpoena are to include all marginalia and post-it notes, as well as any attachments referred to or incorporated by the documents.

C. Use of the word "and" or "or" should be read in the conjunctive and disjunctive (i.e., "and/or") to provide the broadest possible meaning of the request.

D. This subpoena is directed to Missouri Baptist Medical Center and any and all related entities, including any employee, agent, contractor, officer, director, and any corporate parent, predecessor, successor, subsidiary, branch, or related company or party thereof.

E. This subpoena seeks documents dated from January 1, 2016 to September 1, 2021, Inc.

<u>Subpoenaed Documents</u>

Please produce the following documents:

1. Contracts, agreements, or other documents reflecting understandings between Missouri Baptist Medical Center and Dr. Raffi Krikor Krikorian and/or Comprehensive Cardiovascular Consultants (together referred to as "Dr. Krikorian") concerning Dr. Krikorian's practice at Missouri Baptist Medical Center.

2. Documents that reflect, refer, or relate to lawsuits or complaints by patients, family members of patients, or other patient representatives against Dr. Krikorian and/or Missouri Baptist Medical Center concerning the care or services provided by Dr. Krikorian. Documents responsive to this request should include, but not be limited to,

   the names, dates of birth, Social Security account numbers, and last known addresses and telephone numbers of the patients referenced in the lawsuits or complaints.

3. Documents that reflect, refer, or relate to complaints made against Dr. Krikorian by physicians, staff, and/or employees of Missouri Baptist Medical Center or any other individuals or entities.

4. Documents, including emails, that refer or relate to billing and reimbursement issues concerning the care or services provided by Dr. Krikorian.

5. Documents, including emails, that refer or relate to the quality of care or services provided by Dr. Krikorian, as measured by credentialling requirements, Quality Indicator assessments, post-surgery infection rates, post-surgery complications, or any other criteria used by Missouri Baptist Medical Center to evaluate and assess physicians.

6. Documents that reflect, relate, or refer to peer reviews completed on Dr. Krikorian.

7. Minutes of meetings, or portions thereof, where Dr. Krikorian was a topic of discussion.

Please provide the requested information either in electronic or printed format directly to:

Special Agent Marla Vanderbunt
Federal Bureau of Investigation
2222 Market Street,
St. Louis, MO 63103
(202) 437-5918
mvanderbunt@fbi.gov

Contact SA Marla Vanderbunt directly if you have questions regarding this request at (202) 437-5918 and/or mvanderbunt@fbi.gov.